UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10917
  DAVID J CLARK
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
  SSN XXX-XX-2040


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 06/19/07 and confirmed on 09/05/07.

   2.   The case was converted to Chapter 7 after confirmation, 08/13/2008.

   3.   The Debtor paid a total of $   1800.00 .

   4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | CURRENT MORTG | .00 | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 4027.04 | .00 | 781.66 |
| ACCREDITED HOME LENDERS | MORTGAGE ARRE | .00 | .00 | .00 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | 1000.00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| ATHLETIC & THERAPEUTIC I | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 7940.83 | .00 | .00 |
| CORTINA & MUELLER PC | UNSECURED | 2062.24 | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| MINOOKA MEDICAL SRVS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10271.98 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 552.19 | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST THERESE MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| LAW OFFICES OF DAWN UNDE | UNSECURED | 2522.09 | .00 | .00 |
| STERLING INC | SECURED | 3373.10 | 166.50 | 538.42 |
| CAPITAL ONE BANK | UNSECURED | 2375.90 | .00 | .00 |
| BERKS CREDIT & COLLECTIO | PRIORITY | 210.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8400.14 | 210.00 | 25725.23 | .00 | 34335.37 |
| PRINCIPAL PAID | 1320.08 | .00 | .00 | .00 | 1320.08 |
| INTEREST PAID | 166.50 | .00 | .00 | .00 | 166.50 |
| TOTAL PAID | 1486.58 | .00 | .00 | .00 | 1486.58 |

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   3500.00
and was paid $     500.00  direct and $     224.60  through the plan.

The Trustee received $      88.82 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/13/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE  2
          CASE NO. 07 B 10917 DAVID J CLARK